ACCEPTED
04-15-00046-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/3/2015 3:52:34 PM
KEITH HOTTLE
CLERK



FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/03/2015 3:52:34 PM
KEITH E. HOTTLE
Clerk

## Bexar County Public Defender's Office

Paul Elizondo Tower ◆ 101 W. Nueva St., Suite 310 ◆ San Antonio, TX 78205
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

May 29, 2015

NO. 04-15-00045-CR & 04-15-00046-CR

| | |
|---|---|
| FREDDIE LEE SCOTT | § IN THE COURT OF APPEALS |
| | § |
| v. | § FOURTH JUDICIAL DISTRICT |
| | § |
| THE STATE OF TEXAS | § SAN ANTONIO, TEXAS |

### CERTIFICATE OF COUNSEL

In compliance with the requirements of *Anders v. California*, 386 U.S. 378 (1967), I, **ANGELA MOORE**, court-appointed counsel for appellant, FREDDIE LEE SCOTT, in the above-referenced appeal, do hereby verify, in writing, to the Court that I have:

1. notified appellant that I filed a motion to withdraw as counsel with an accompanying *Anders* brief, and provided a copy of each to appellant;

2. informed appellant of his right to file a pro se response identifying what he believes to be meritorious grounds to be raised in his appeal, should he so desire;

3. advised appellant of his right to review the appellate record, should he wish to do so, preparatory to filing that response;

4. explained the process for obtaining the appellate record, provided a *Motion for Pro Se Access to the Appellate Record* lacking only appellant's signature and the date, and provided the mailing address for this Court; and

5. informed appellant of his right to seek discretionary review pro se should this Court declare his appeal frivolous.

Respectfully submitted,
/s/

_____
Attorney for Appellant